# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

ANTHONY L. COOPER,

      Plaintiff,

v.                              CASE NO. 4:07cv381-RH/WCS

GOVERNOR CHARLIE CRIST,
et al.,

      Defendants.

_____/

## ORDER FOR TRANSFER

This matter is before the court on the magistrate judge's report and recommendation (document 3), to which no objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED. This matter is hereby transferred to the United States District Court for the Middle District of Florida, Jacksonville Division. The clerk shall take all steps needed to effect the transfer.

SO ORDERED this 12th day of October, 2007.

                                          s/Robert L. Hinkle
                                          Chief United States District Judge